■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDY KUHWAIEN, Appellant. [907 NYS2d 868]—Judgment, Supreme Court, Bronx County (Michael A. Gross, J.), rendered December 19, 2007, convicting defendant, after a nonjury trial, of attempted forcible touching and attempted unlawful imprisonment in the second degree, and sentencing him to concurrent terms of 45 days, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of medical evidence and conflicting testimony. The verdict as to each charge comports with the weight of the evidence.

Defendant's remaining arguments are unavailing (*see People v Correa*, 15 NY3d 213 [2010]). Concur—Saxe, J.P., Nardelli, McGuire, Freedman and Abdus-Salaam, JJ.

■ In the Matter of GIANNA C.-E., a Child Alleged to be Neglected. ALONSO E., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [907 NYS2d 754]—

Order, Family Court, New York County (Jody Adams, J.), entered on or about April 1, 2009, which, insofar as appealed from, found that respondent neglected the subject child, unanimously affirmed, without costs.

The finding that the two-month-old infant was in imminent danger of physical injury as a result of respondent father's failure to exercise a minimum degree of care is supported by a preponderance of the evidence showing that respondent had engaged in a violent altercation with the infant's mother, punching her repeatedly in the face and head, while she was only three feet away from the infant. At that time, the infant was receiving oxygen while lying on a bed and connected to a heart monitor, having been released from the hospital days earlier (*see generally Nicholson v Scoppetta*, 3 NY3d 357, 368-370 [2004]; *cf. Matter of Pedro C.*, 1 AD3d 267, 268 [2003]). Concur—Saxe, J.P., Nardelli, McGuire, Freedman and Abdus-Salaam, JJ.